893 F.2d 1331
 Savage (Leona), Palko (Joseph), Markowitz (Milton), Gelber
(Bernard), on Behalf of Ad-Hoc Committee of
Federated Dept. Stores Employees
v.
The Federated Dept. Stores, Inc. Retirement Income & Thrift
Incentive Plan, Federated Dept. Stores, Inc., Boston Safe
Deposit & Trust Co., Beers (Charlotte), Burden (John W.,
III), Caldwell (Philip), Charpie (Robert), Ferguson (James),
Goldfeder (Howard), Johnson (Howard), Jones (Reginald), Le
Blond (Daniel), Matthews (Norman), Miller (G.),
 NO. 89-5425
 United States Court of Appeals,
Third Circuit.
 DEC 22, 1989
 
 Appeal From: D.N.J.,
 Bissell, J.
 
 
 1
 AFFIRMED.